AO 440 (Rev. 8-01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/25/2005 |
| NAME OF SERVER (PRINT) John P. Cochran | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _DHL Overnight Courier to Illinois registered agt._

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/24/2005
             Date        Signature of Server

4718 N 20th Pl Arlington VA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **1** Sender Account Number  786583812 | Preprint Format No.  132765268 |

FROM (Company): JIMMY A BELL
Street Address: LAW OFC OF
9610 MARLBORO PIKE
City: UPPER MARLBORO  State: MD  ZIP CODE: 20772
Sent by (Name/Dept): M. WALTERS
Phone: 301-599-7620

**2** TO (Company) PLEASE PRINT NEATLY
Alpha Kappa Alpha Sorority, Inc.
Street Address: 5656 South Stony Island Avenue
City: Chicago  State: IL  ZIP CODE: 60637
Attention: Betty N. James
Phone: 7736841282
Description: URGENT

Sender's Signature: [signature]  Date: 10/21/05

**3** Payment: Sender will be billed unless marked otherwise
Bill to: [ ] Receiver  [ ] 3rd Party
[ ] Paid in Advance  Check No. ____  Amount ____
Billing Reference (will appear on invoice):

**5** # of Pkgs: 1  **6** Weight (LBS): 1  **7** Packaging: [X] Express Envelope

Special Instructions: [ ] Saturday Delivery  [ ] Hold at DHL  [ ] Lab Pack Service

Shipment Valuation
Shipment Value Protection: $ .00

Payment Details (Credit Card)
No. ____
Type ____ Expires ____
Auth. ____

Origin: PGC
Waybill Number: 44737988842

**4** Service Type (One box must be checked. Assume noon unless noted.)
[ ] Next Day 10:30
[ ] Next Day 12:00
10:30 am Extra charge. [ ] Next Day 3:00
[ ] 2nd Day

Service may vary by destination. visit www.dhl-usa.com

DHL EXPRESS
DHL Worldwide Express, Inc.
1200 South Pine Island Road,
Plantation, FL 33324
1 800 Call-DHL

SENDER'S COPY

Conta

 

DHL USA Hom



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service

## Track results detail

### Tracking results detail for 44737988842

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ Shipment delivered. | View Signature |
| Delivered on | 10/24/2005  11:34 am | |
| Delivered to | Receptionist | |
| Signed for by | D JENKINS    What is this? | |

**Log in to DHL**

User ID
Password
☐ Remember my User ID
Log in ▶
▶ Forgot your Password?

### Tracking history

| Date and Time | Status | Location |
|---|---|---|
| 10/24/2005 11:34 am | Shipment delivered. | Alsip, IL |
| 8:03 am | With delivery courier. | |
| 10/22/2005 7:33 am | Arrived at DHL facility. | Alsip, IL |
| 10/21/2005 6:20 pm | Departing origin. | Landover, MD |
| 5:18 pm | Picked Up by DHL. | Shipper's Door |

Ship From:

MD  20772
United States

Attention:

Ship To:

IL  60637
United States

Attention:

Shipment Information:
Ship date: 10/21/2005
Pieces:
Total weight:
Ship Type:

Shipment Reference:
Service: Next Day
Special Service:
Description:

Tracking detail provided by DHL: 10/25/2005, 5:42:59 am pt.

Track new

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.