UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHEILA MITCHELL and )
TARSHA WILSON, )
 )
      Plaintiffs, )
 )
v. ) Civil Action No.: 05-02065 (EGS)
 )
ALPHA KAPPA ALPHA SORORITY, INC., )
 )
      Defendant. )
_____)

**ORDER GRANTING MOTION FOR LEAVE TO FILE**
**DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT**

Upon consideration of Defendant's Motion for Leave to File Response to Plaintiffs' Complaint, it is this _____ day of _____, 200___, hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the Clerk shall accept for filing Defendant's Answer to Plaintiff's Complaint.

_____
United States District Judge