UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA MITCHELL and <br> TARSHA WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> ALPHA KAPPA ALPHA SORORITY, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 05-02065 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant Alpha Kappa Alpha Sorority, Inc., by counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to Plaintiffs' Complaint. Defendant requests that the deadline for responding to this Complaint be extended 32 days, from November 14 to December 16, 2005. This is Defendant's first request for an enlargement of time, and no scheduling or case management order has been entered in this case. Plaintiffs, through counsel, have consented to this motion.

This enlargement of time is sought because of confusion over service of process, which caused Defendant to miss the deadline for filing a response to Plaintiffs' Complaint. Specifically, it was unclear whether and when service was properly effected on Defendant, and Defendant did not receive proof of service until after the deadline for filing a response had passed.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including December 16, 2005.

Dated: December 16, 2005.

Respectfully submitted,

/s/
_____
Thomas S. Schaufelberger, Bar No. 371934
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015-3030
Telephone: 202-244-4668
Telecopy: 202-244-5135

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiffs by U.S. mail, addressed to:

>    **Jimmy A. Bell**
>    **Law Office of Jimmy A. Bell, P.C.**
>    **9610 Marlboro Pike**
>    **Upper Marlboro, MD 20772**

on this __16th__ day of December, 2005.

>    /s/_____
>    Thomas S. Schaufelberger, Bar No. 371934
>    WRIGHT, ROBINSON, OSTHIMER & TATUM
>    5335 Wisconsin Ave., N.W., Suite 920
>    Washington, D.C. 20015-3030
>    Telephone: 202-244-4668
>    Telecopy: 202-244-5135