UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA MITCHELL and<br>TARSHA WILSON,<br><br>    Plaintiffs,<br><br>v.<br><br>ALPHA KAPPA ALPHA SORORITY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-02065 (EGS)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Upon consideration of Defendant's Consent Motion for Enlargement of Time, it is this _____ day of _____, 200___, hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that Defendant shall have until December 16, 2005 to file a response to Plaintiffs' Complaint.

_____
United States District Judge