## IN THE UNITED STATES DISRTICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHEILA MITCHELL, et al.** : | |
| : | |
| Plaintiffs, : | |
| : | **Case No.: 1:05-cv-02065 (EGS)** |
| v. : | |
| : | |
| **ALPHA KAPPA ALPHA** : | |
| **SORORITY, INC.** : | |
| : | |
| Defendant. : | |

### ORDER

In consideration of Plaintiff's Consent Motion for Continuance of the Initial Scheduling Conference Scheduled for April 6, 2006, it is hereby

ORDERED that Plaintiff's request for a continuance of the Initial Scheduling Conference Scheduled for April 6, 2006 is hereby GRANTED.

This ____ day of _____ 2006.

SO ORDERED,

_____
U.S. District Court Judge