IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEILA MITCHELL, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:05-cv-02065-EGS |
| v. | ) | |
| | ) | Judge Emmet G. Sullivan |
| ALPHA KAPPA ALPHA SORORITY, INC. | ) | |
| | ) | |
| Defendant | ) | |

## PRAECIPE

WILL THE CLERK please note the change of address of Thomas S. Schaufelberger for Defendant Alpha Kappa Alpha Sorority, Inc. The new address, and telephone and facsimile numbers, are under Thomas S. Schaufelberger's signature below.

Respectfully submitted,

/s/
Thomas S. Schaufelberger, Bar No. 371934
Shannon H. Bates, Bar No. 480186
Saul Ewing LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, D.C. 20007
Telephone:   202-295-6600
Facsimile:    202-295-6700

-2-

## CERTIFICATE OF SERVICE

I certify that the foregoing Praecipe was served this 22nd day of May, 2006 upon Plaintiffs by U.S. first-class mail, postage prepaid, to:

Jimmy A. Bell
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

/s/_____
Thomas S. Schaufelberger, Bar No. 371934
Shannon H. Bates
Saul Ewing LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, D.C. 20007
Telephone:   202-295-6600
Facsimile:   202-295-6700