IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA MITCHELL, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-02065-EGS |
| v. ) | |
| ) | Judge Emmet G. Sullivan |
| ALPHA KAPPA ALPHA SORORITY, INC.) | |
| ) | |
| Defendant ) | |

## MOTION TO COMPEL DISCOVERY

Defendant Alpha Kappa Alpha Sorority, Inc. ("AKA" or "Defendant"), by counsel and pursuant to Federal Rule of Civil Procedure 37(a), moves the Court to enter an order compelling discovery responses from plaintiffs Sheila Mitchell and Tarsha Wilson ("Plaintiffs"). AKA respectfully represents the following in support of this Motion:

1.　On June 26 2006, AKA served its First Set of Interrogatories and First Set of Requests for Production of Documents (the "Discovery Requests") on Plaintiffs via mail. Plaintiffs' responses to AKA were due on July 31, 2006. Copies of AKA's First Set of Interrogatories and First Set of Requests for Production of Documents are attached hereto as Exhibit 1 and Exhibit 2 respectively.

2.　As of August 20, 2006, AKA had not received responses to its Discovery Requests from Plaintiffs. On August 21, 2006, AKA's counsel sent a letter to Plaintiffs' counsel requesting Plaintiffs to serve their discovery responses on AKA by August 28, 2006. AKA's counsel also requested that Plaintiffs' counsel indicate by August 23 whether or not Plaintiffs intended to provide their outstanding discovery responses to AKA by August 28. A copy of this letter from Shannon H. Bates to Jimmy A. Bell, dated August 21, 2006, is attached hereto as Exhibit 3.

3. Plaintiffs' counsel did not correspond with AKA's counsel on or before August 23.

4. AKA has not received correspondence from Plaintiffs' counsel concerning Plaintiffs' outstanding discovery requests, nor has it received responses to its First Set of Interrogatories and First Set of Requests for Production of Documents, which were served on Plaintiffs on June 26, 2006, and due by July 31, 2006.

WHEREFORE, for the foregoing reasons, AKA requests that the Court enter an order: 1) compelling Plaintiffs to serve written responses to AKA's First Set of Interrogatories and First Set of Requests for Production of Documents on or before September 7, 2006; and 2) granting AKA fees, and such other and further relief as this Court deems just and proper.

## LCvR7(m) CERTIFICATION STATEMENT

Pursuant to LCvR 7(m) of the Local Rules of the United States District Court for the District of Columbia, AKA has attempted to address Plaintiffs' outstanding discovery responses with Plaintiffs' counsel prior to filing this Motion. As discussed in paragraph 2 of this Motion, AKA's attempts have been unsuccessful and AKA must seek redress with the Court.

Respectfully submitted,

/s/_____
Thomas S. Schaufelberger, Bar No. 371934
Shannon H. Bates, Bar No. 480186
Saul Ewing LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, D.C. 20007
Telephone:   202-295-6600
Facsimile:    202-295-6700

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Compel Discovery was served this 24th day of August, 2006 upon Plaintiffs by U.S. first-class mail, postage prepaid, to:

Jimmy A. Bell
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

/s/
Thomas S. Schaufelberger, Bar No. 371934
Shannon H. Bates, Bar No. 480186
Saul Ewing LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, D.C. 20007
Telephone:   202-295-6600
Facsimile:   202-295-6700