# EXHIBIT 3



**SAUL
EWING**
Attorneys at Law
A Delaware LLP

*Celebrating 85 years of service.*

Shannon H. Bates
Phone: (202) 295-6603
Fax: (202) 295-6703
sbates@saul.com
www.saul.com

August 21, 2006

**VIA FACSIMILE & REGULAR MAIL**

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

  Re: <u>Mitchell, et al. v. Alpha Kappa Alpha Sorority, Inc.</u>; No. 1:05-cv-02065-EGS

Dear Mr. Bell:

  On June 26, 2006, defendant Alpha Kappa Alpha Sorority, Inc. ("AKA") served its First Set of Interrogatories and First Set of Requests for Production of Documents on your clients, plaintiffs Sheila Mitchell and Tarsha Wilson ("Plaintiffs"). Plaintiffs' responses to AKA's discovery requests were due July 31. To date, we have not received any responses to AKA's discovery requests.

  Please confirm in writing – sent to us by facsimile - by close of business Wednesday, August 23, whether or not you intend to provide AKA with written discovery responses by August 28. We consider this letter to satisfy any requirement(s) under the federal or local rules to seek the parties' consent to the relief requested prior to filing any motion.

           Sincerely,

           Shannon H. Bates

1025 Thomas Jefferson Street, N.W. ♦ Suite 425 West ♦ Washington, D.C. 20007
Phone: (202) 295-6600 ♦ Fax: (202) 295-6700

BALTIMORE CHESTERBROOK HARRISBURG NEWARK PHILADELPHIA PRINCETON WASHINGTON WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP