IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA MITCHELL, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-02065-EGS |
| v. ) | |
| ) | Judge Emmet G. Sullivan |
| ALPHA KAPPA ALPHA SORORITY, INC.) | |
| ) | |
| Defendant ) | |

## ORDER

This matter is before the court on Defendant Alpha Kappa Alpha Sorority, Inc.'s ("AKA") Motion to Compel Discovery (the "Motion").

Upon consideration of the Motion, and plaintiffs Sheila Mitchell and Tarsha Wilson's ("Plaintiffs") opposition thereto,

It appearing to the Court that good cause exists to do so, it is

ORDERED that AKA's Motion is granted; it is

FURTHER ORDERED that Plaintiffs shall serve complete and accurate written responses to AKA's First Set of Interrogatories and First Set of Requests for Production of Documents on or before September 7, 2006.

Entered on this____ day of _____, 2006.

_____
Emmet G. Sullivan
United States District Court Judge