IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SHEILA MITCHELL, et al.,** : | |
| Plaintiffs, : | Case No.: 05-cv-2065 (EGS) |
| v. : | |
| **ALPHA KAPPA ALPHA SORORITY, INC** : | |
| Defendant. : | |

**PLAINTIFFS' CONSENT MOTION TO CONTINUE
STATUS CONFERENCE SET FOR NOVEMBER 28, 2006**

COMES NOW, Plaintiffs Sheila Mitchell and Tarsha Wilson, by and through the undersigned counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), and with consent of Defendant's Counsel, for an order continuing the status conference scheduled for November 28, 2006.  For cause, Plaintiffs state the following:

1. Under Fed. R. Civ. P. 6 (b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. A status conference in the above-captioned case is scheduled to be heard on November 28, 2006.

3. Counsel for Plaintiffs was scheduled to be at trial in U.S. District Court for the District of Maryland in *International Nite Life Enterprises, Inc., v. Jack Johnson*, et al. (Case No. 06-cv-2581) on November 20, 2006 and November 21, 2006.

4. Unexpectedly, the *Int'l Nite Life* trial was not concluded on November 21, 2006.

5. At the conclusion of the *Int'l Nite Life* proceedings on November 21, 2006, Judge

      Garbis ordered that counsel for all parties clear their schedules on November 28, 2006 to complete the *Int'l Nite Life* trial.

6.     Counsel for Plaintiffs in the instant case is also counsel for Plaintiff in *Int'l Nite Life*.

7.     Counsel for the Plaintiffs contacted Counsel for the Defendant on November 22, 2006, and Defendant consented to Plaintiffs' instant motion.

8.     Defendant will thus not be prejudiced if this Motion is granted, nor will the litigation be unduly prolonged.

WHEREFORE, Plaintiffs requests that this Court grant their Consent Motion to Continue the Status Conference scheduled for November 28, 2006.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
*Counsel for Plaintiffs*
Bar # MD 14639

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| **SHEILA MITCHELL, et al.,** : | |
| Plaintiffs, : | Case No.: 05-cv-2065 (EGS) |
| v. : | |
| **ALPHA KAPPA ALPHA SORORITY, INC** : | |
| Defendant. : | |

## **ORDER**

UPON CONSIDERATION of Plaintiffs' Motion, Defendant's consent thereto, and in the interests of justice, it is this _____ day of _____, 2006, hereby

ORDERED, that Plaintiff's Motion to Continue the Status Conference set for November 28, 2006 shall be, and hereby is, GRANTED.

_____
United States District Court Judge