**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHEILA MITCHELL, et al.,** | : |
| | : |
| Plaintiffs, | : Case No.: 05-cv-2065 (EGS) |
| | : |
| v. | : |
| | : |
| **ALPHA KAPPA ALPHA SORORITY, INC** | : |
| | : |
| Defendant. | : |
| | : |

**PLAINTIFFS' CONSENT MOTION TO CONTINUE**
**STATUS CONFERENCE SET FOR JANUARY 23, 2007**

COMES NOW, Plaintiffs Sheila Mitchell and Tarsha Wilson, by and through the

undersigned counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and

hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), and with consent of Defendant's

Counsel, for an order continuing the status conference scheduled for January 23, 2007.  For

cause, Plaintiffs state the following:

1.      Under Fed. R. Civ. P. 6 (b) this Court may, at any time, and for cause shown,

extend the time within which a prescribed act may be done.

2.      A status conference in the above-captioned case is scheduled to be heard on

January 23, 2007 at 10:30am.

3.      Both Counsel for Plaintiffs and Counsel for the Defendant will be in a Settlement

Conference on Tuesday, 1/23/2007 @ 09:30 AM in Room-2315-2nd Floor, E.

Barrett Prettyman Building before Magistrate Judge Deborah A. Robinson.

4.      The settlement conference is expected to take last a few hours if not more.

5.      Counsel for the Plaintiffs contacted Counsel for the Defendant on January 22, 2007 and Defendant consented to Plaintiffs' instant motion.

6.      Defendant will thus not be prejudiced if this Motion is granted, nor will the litigation be unduly prolonged.

WHEREFORE, Plaintiffs requests that this Court grant their Consent Motion to Continue the Status Conference scheduled for January 23, 2007.

Respectfully submitted,


_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
*Counsel for Plaintiffs*
Bar # MD 14639

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHEILA MITCHELL, et al.,** | : |
| Plaintiffs, | : Case No.: 05-cv-2065 (EGS) |
| | : |
| v. | : |
| | : |
| **ALPHA KAPPA ALPHA SORORITY, INC** | : |
| | : |
| Defendant. | : |
| | : |

## <u>ORDER</u>

UPON CONSIDERATION of Plaintiffs' Motion, Defendant's consent thereto, and in the interests of justice, it is this _____ day of _____, 2007, hereby

ORDERED, that Plaintiff's Motion to Continue the Status Conference set for January 23, 2007 shall be, and hereby is, GRANTED.


_____
United States District Court Judge

3