IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA MITCHELL, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALPHA KAPPA ALPHA SORORITY, INC.)<br>)<br>Defendant. ) | Case No. 1:05-cv-02065-EGS<br><br>Judge Emmet G. Sullivan |

## JOINT STATUS REPORT

On February 20, 2007, a status conference occurred in this matter. During the status conference, counsel to plaintiffs Sheila Mitchell and Tarsha Wilson (collectively, "Plaintiffs") represented that he would respond to defendant Alpha Kappa Alpha Sorority, Inc.'s ("Defendant" or "AKA") outstanding discovery requests on March 22, 2007. Accordingly, AKA withdrew its pending motion to compel discovery.

The Court further addressed whether all proceedings in this matter should continue to be stayed in light of the Parties seemingly having resolved the outstanding discovery issue. The Parties indicated that resolution of pending motions for summary judgment in another matter before Judge Walton, *Tinker, et al. v. Alpha Kappa Alpha Sorority, Inc.*, Case No. *1:05-cv-01982-RBW-DAR*, would aid the Parties in resolving or narrowing the issues in this matter. Although the *Tinker* matter does not arise from the same set of facts as are present in this matter, the *Tinker* matter has the same defendant, similarly situated plaintiffs, and similar issues that are the subject of the pending motions for summary judgment. Pursuant to the Parties representations, the Court continued the stay of all proceedings in this matter and ordered the Parties to file a joint status report on May 21, 2007. Pursuant to the Court's Order of February 20, the Parties submit the following Joint Status Report.

I. ACTIVITY IN THIS MATTER AND THE *TINKER* MATTER SINCE THE FEBRUARY 20 STATUS CONFERENCE

AKA received responses to its interrogatories on May 21, 2007. Plaintiffs signed their respective interrogatory responses, but they were not signed under oath. AKA also received responses to its document requests on May 21, 2007. Further, the Court has not issued an opinion(s) on the pending summary judgment motions in the *Tinker* matter, nor has the Court scheduled a hearing on these pending summary judgment motions. AKA's counsel contacted Judge Walton's chambers in April, 2007, and will continue to check the docket for any scheduled hearings or rulings in the *Tinker* matter.

II. THE PARTIES' POSITION

The Parties respectfully request that this matter continue to be stayed pending resolution of the motions for summary judgment in the *Tinker* matter, and that the Parties provide the Court with another joint status report on August 21, 2007.

Respectfully submitted,

/s/ Thomas S. Schaufelberger
Thomas S. Schaufelberger, Bar No. 371934
Shannon H. Bates, Bar No. 480186
Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000 – The Watergate
Washington, D.C. 20037
Telephone:   202-295-6600
Facsimile:    202-295-6700

-3-

/s/ Jimmy A. Bell
Jimmy A. Bell
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
Telephone:   301-599-7620
Facsimile:    301-599-7623