IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEILA MITCHELL, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:05-cv-02065-EGS |
| v. | ) | |
| | ) | Judge Emmet G. Sullivan |
| ALPHA KAPPA ALPHA SORORITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED JOINT STATUS REPORT AND**
**RECOMMENDATION FOR FUTURE PROCEEDINGS**

On May 21, 2007, the parties filed a Joint Status Report in which they requested that the Court continue to stay all proceedings pending resolution of the outstanding motions for summary judgment in another matter before Judge Walton, *Tinker, et al. v. Alpha Kappa Alpha Sorority, Inc., Case No. 1:05-cv-01982-RBW-DAR*.  Resolution of the *Tinker* matter will aid the parties in resolving or narrowing the issues in this matter.  Although the *Tinker* matter does not arise from the same set of facts as are present in this matter, the *Tinker* matter has the same defendant, similarly situated plaintiffs, and similar issues that are the subject of the pending motions for summary judgment.  Pursuant to the Joint Status Report, the Court continued to stay all proceedings in this matter and ordered the parties to file an amended joint status report and recommendation for future proceedings on August 21, 2007.  Pursuant to the Court's order of May 22, 2007, the parties submit the following:

I.   ACTIVITY IN THIS MATTER AND THE *TINKER* MATTER SINCE THE MAY 21, 2007 JOINT STATUS REPORT.

Defendant Alpha Kappa Alpha Sorority, Inc. ("AKA") received answers and documents from Plaintiffs in response to AKA's interrogatories and document requests, which AKA is currently analyzing.  Further, Ms. Monique Moore from Judge Walton's chambers contacted

AKA's counsel on August 9, 2007 concerning AKA's cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. Ms. Moore requested copies of these documents in Word or Word Perfect format, and stated that the Parties' pending motions were under review. Ms. Moore also contacted Plaintiffs' counsel concerning Plaintiffs' motion for summary judgment, and indicated that the Parties' pending motions were under review. We will continue to check the docket for any scheduled hearings or rulings in the *Tinker* matter.

II.   THE PARTIES' POSITION.

The Parties respectfully request that this matter continue to be stayed pending resolution of the motions for summary judgment in the *Tinker* matter, and that the Parties provide the Court with another joint status report and recommendation for future proceedings on November 20, 2007.

Respectfully submitted,

/s/ Thomas S. Schaufelberger
Thomas S. Schaufelberger, Bar No. 371934
Shannon H. Bates, Bar No. 480186
Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000 – The Watergate
Washington, D.C. 20037
Telephone:   202-295-6600
Facsimile:    202-295-6700
*Counsel to Defendant Alpha Kappa Alpha Sorority, Inc.*


/s/ Jimmy A. Bell
Jimmy A. Bell
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
Telephone:   301-599-7620
Facsimile:    301-599-7623
*Counsel to Plaintiffs Sheila Mitchell and Tarsha Wilson*