IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA MITCHELL, *et al.* )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ALPHA KAPPA ALPHA SORORITY, INC.)<br>)<br>    Defendant. ) | Case No. 1:05-cv-02065-EGS<br><br>Judge Emmet G. Sullivan |

**SECOND AMENDED JOINT STATUS REPORT AND
RECOMMENDATION FOR FUTURE PROCEEDINGS**

On August 20, 2007, the parties filed an Amended Joint Status Report and Recommendation for Future Proceedings in which they requested that the Court continue to stay all proceedings pending resolution of the outstanding motions for summary judgment in another matter before Judge Walton, *Tinker, et al. v. Alpha Kappa Alpha Sorority, Inc., Case No. 1:05-cv-01982-RBW-DAR ("Tinker")*. Resolution of the *Tinker* matter was seen as an aid to the parties in resolving or narrowing the issues in this matter. Although the *Tinker* matter did not arise from the same set of facts as are present in this matter, the *Tinker* matter had the same defendant, similarly situated plaintiffs, and similar issues that were the subject of the then pending motions for summary judgment. Pursuant to the Joint Status Report, the Court continued to stay all proceedings in this matter and ordered the parties to file an amended joint status report and recommendation for future proceedings no later than November 20, 2007. Pursuant to the Court's order of August 20, 2007, the parties submit the following:

I.    ACTIVITY IN THIS MATTER AND THE *TINKER* MATTER SINCE THE AUGUST 20, 2007 AMENDED JOINT STATUS REPORT.

Judge Walton entered an order and issued a memorandum opinion on November 9, 2007 that (1) denied plaintiffs Joie Jolevare and Salome Tinker's motion for summary judgment; and

(2) granted Alpha Kappa Alpha Sorority, Inc.'s cross-motion for summary judgment. The entry of the order resolved all outstanding claims before Judge Walton in the *Tinker* matter and that matter has been dismissed.

In light of the Court's ruling in the *Tinker* matter, the parties intend to discuss the resolution of this matter. The parties anticipate that such discussions will conclude within the next two months.

II.     THE PARTIES' POSITION.

The Parties respectfully request that the Court schedule this matter for a status conference on or after January 30, 2008. The parties believe that they will be able to inform the Court as to whether they would like to proceed with this matter at that time.

Respectfully submitted,

/s/ Thomas S. Schaufelberger
Thomas S. Schaufelberger, Bar No. 371934
Shannon H. Bates, Bar No. 480186
Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000 – The Watergate
Washington, D.C. 20037
Telephone:    202-295-6600
Facsimile:     202-295-6700
*Counsel to Defendant Alpha Kappa Alpha Sorority, Inc.*

/s/ Jimmy A. Bell
Jimmy A. Bell
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
Telephone:    301-599-7620
Facsimile:     301-599-7623
*Counsel to Plaintiffs Sheila Mitchell and Tarsha Wilson*