UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHEILA MITCHELL, *et al.*,
                        Plaintiffs,

              v.                                    Civil Action No. 05-2065 (EGS/AK)

ALPHA KAPPA ALPHA SORORITY,
INC.,
                        Defendant.

## ORDER

The above-captioned case was referred to the undersigned by the Honorable Emmet

Sullivan, for the purpose of facilitating a settlement.  Accordingly, it is by the Court this 14th day

of February, 2008, hereby

**ORDERED :**

1.    The lead attorney(s) for the parties shall appear before the undersigned, in

chambers [ROOM 2333]on June 18, 2008 at 10:30 a.m.  The parties should attend

the mediation, be available by telephone, or delegate settlement authority to

counsel.

2.    The parties may submit confidential settlement statements in advance of the

mediation but such statements are Not Required, and in most cases, they are

unnecessary.

3.    If any attorney or party is unavailable on the date and at the time set forth above,

the attorney shall notify the other attorney(s) in the cases as soon as possible to

arrange a telephone conference call with chambers to select an alternative date and

time.

4.      If the settlement conference must be rescheduled, the undersigned will require the

attorney with the scheduling conflict to confirm the new date and time in a letter

to the other attorneys and the Court.


_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE