AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MITCHELL et al.

      Plaintiff(s)    )
                               )    **APPEARANCE**
                               )
       vs.             )    CASE NUMBER   1:05-CV-2065
ALPHA KAPPA ALPHA SORORITY INC. )
                               )
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Shannon H. Rutngamlug   as counsel in this
                                  (Attorney's Name)

case for:  ALPHA KAPPA ALPHA SORORITY INC.
            (Name of party or parties)

February 15, 2008
Date

                                                    Signature

480186
BAR IDENTIFICATION

                                               Shannon H. Rutngamlug
                                               Print Name

                                               2600 Virginia Avenue, NW, Suite 1000
                                               Address

                                             Washington,  DC       20037
                                             City           State         Zip Code

                                             202-295-6603
                                             Phone Number