## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEILA MITCHELL, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:05-cv-02065-EGS |
| v. | ) | Next Deadline: Discovery closed |
| | ) | 9/11/08 |
| ALPHA KAPPA ALPHA SORORITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE
### AND CONTINUE STATUS CONFERENCE

Plaintiffs Sheila Mitchell and Tarsha Wilson (collectively, "Plaintiffs") and defendant

Alpha Kappa Alpha Sorority, Inc. ("Defendant"), by counsel, move the Court to enter an order

extending the discovery deadline in this matter from September 11, 2008 to October 30, 2008,

and continuing the status conference in this matter from September 12, 2008 to October 30, 2008

or such other time as the Court deems appropriate to set the date for a status conference. In

support of this Motion, the parties state the following:

1.      Plaintiffs filed the Complaint in this matter on October 20, 2005 against

Defendants. Defendants answered the Complaint on March 6, 2006, and a scheduling order was

entered on May 24, 2006.

2.      On August 24, 2006, Defendants filed a motion to compel discovery. On August

25, 2006, the Court denied Defendant's motion to compel without prejudice, directed the parties

to attempt to resolve the discovery dispute, and stayed all proceedings until the discovery dispute

was resolved.

3.      At a status conference on February 20, 2007, the Court continued to stay this

matter due to related proceedings. At the next status conference on February 12, 2008, the Court

lifted the stay and entered a revised scheduling order. Pursuant to the scheduling order,

Plaintiffs' deadline to designate any experts was May 16, 2008, Defendant's deadline to

designate any experts was June 18, 2008, and discovery closes on September 11, 2008. A status

conference is set to occur on September 12, 2008.

       4.      The parties have exchanged written discovery, but they have not taken any

depositions. The parties are currently discussing settlement and, consequently, do not want to

incur the expense associated with continuing discovery if they are ultimately going to settle this

matter. Accordingly, the parties have agreed to extend the discovery deadline. In the event that

the parties do not settle this matter, however, they would like to notice and take the appropriate

depositions and conduct any other discovery they deem necessary.

       5.      The discovery deadline and the status conference are the last scheduled dates in

this matter and, therefore, extending these dates will not impact any other scheduled dates.

       WHEREFORE, the parties respectfully request that the Court enter an order extending

the discovery deadline in this matter from September 11, 2008 to October 30, 2008, and

continuing the status conference in this matter from September 12, 2008 to October 30, 2008 or

such other time as the Court deems appropriate to set the date for a status conference.

Respectfully submitted,

/s/ Thomas S. Schaufelberger
Thomas S. Schaufelberger, Bar No. 371934
Shannon H. Rutngamlug, Bar No. 480186
Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000 – The Watergate
Washington, D.C. 20037
Telephone:   202-295-6603
Facsimile:   202-295-6703
*Counsel to Defendant Alpha Kappa Alpha Sorority, Inc.*

-3-

/s/ Jimmy A. Bell
Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, MD 20772
Telephone:    301-599-7620
Facsimile:    301-599-7623
*Counsel to Plaintiffs Sheila Mitchell & Tarsha Wilson*