IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA MITCHELL, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALPHA KAPPA ALPHA SORORITY, INC. ) <br> ) <br> Defendant. ) | Case No. 1:05-cv-02065-EGS <br> Next Deadline: Discovery closed 9/11/08 |

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Discovery Deadline and Continue Status Conference (the "Motion").

Upon consideration of the Motion, and the parties' agreement thereto; it appearing to the Court that good cause exists to do so, it is this _____ day of _____, 2008

ORDERED that the Motion is hereby granted; it is

FURTHER ORDERED that the close of discovery in this matter shall be extended from September 11, 2008 to October 30, 2008; it is

FURTHER ORDERED that the status conference that is set to occur on September 12, 2008 shall be continued until _____, 2008.

_____
Emmet G. Sullivan
United States District Judge

-2-

Copies to:

Thomas S. Schaufelberger, Esq.
Shannon H. Rutngamlug, Esq.
2600 Virginia Avenue, NW
Suite 1000 – The Watergate
Washington, D.C. 20037


Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, MD 20772

-2-